Prober & Raphael
A Law Corporation
Dean R. Prober, Esq., #106207
Lee S. Raphael, Esq., #180030
Cassandra J. Richey, Esquire #155721
David F. Makkabi, Esquire #249825
20750 Ventura Boulevard, Suite 100
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
Attorneys for Secured Creditor
U.S. Bank, N.A., successor in interest to the F.D.I.C.
as receiver for Downey Savings and Loan Association, FA
F.040-1511

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Bk. No. 10-52062 |
| MIRJANA TOMAS DBA POMEGRANATE ANTIQUES, | CHAPTER 13 |
| Debtor. | R.S. No. DRP – 830 |
| | Hearing- |
| | Date : August 4, 2010 |
| | Time : 3:00 p.m. |
| | Place : U.S. Bankruptcy Court |
| | 280 South First Street |
| | San Jose, California |
| | Courtroom 3070 |

**CERTIFICATE OF SERVICE**

I, Asalia Catalan, declare that

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On August 9, 2010 , I served the within Order on Motion for Relief from Automatic Stay on the interested parties in this action by placing true and correct copies in the United States Mail at Woodland Hills, California, addressed as follows:

[X]  (By Mail [Federal]) I placed such envelope with postage thereon fully prepaid in the United States mail at Woodland Hills, California.

[X]  (By Mail [State]) I am readily familiar with Prober & Raphael's practice for the collection and processing of correspondence for mailing with the United States Postal Service; it is deposited with the United States Postal Service on the same date in the ordinary course of business at the business address shown above; I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing contained in this declaration.

[ ]  (By Personal Service) I caused such envelope to be delivered by hand to the addressee(s).

[X]  Executed on August 9, 2010, at Woodland Hills, California.

[X]  (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]  (Federal) I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

*/s/ Asalia Catalan*
Asalia Catalan

CASE NO.: 10-52062
DEBTOR : MIRJANA TOMAS

INTERESTED PARTIES

U.S. Bankruptcy Court
Judge Charles Novack
Attention: Chambers Copies
280 South First Street
San Jose, CA 95113-3099

Mirjana Tomas
P. O. Box 494
San Juan Bautista, CA 95045
Debtor

Rodney M. Kleman, Esquire
Law Offices of Rodney M. Kleman
400 Camino El Estero
Monterey, CA 93940
Attorney for Debtor

Devin Derham-Burk
P. O. Box 50013
San Jose, CA 95150-0013
Chapter 13 Trustee

Prober & Raphael, A Law Corporation
Attorneys for Movant
P.O. Box 4365
Woodland Hills, CA 91365-4365